ROGER L. GRANDGENETT II, ESQ., NV Bar No. 6323
STEVEN J.T. WASHINGTON, ESQ., NV Bar No.14298
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:         702.862.8811
Email:            rgrandgenett@littler.com
                     swashington@littler.com

*Attorneys for Defendant*
ST. MORITZ SECURITY SERVICES, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE PACIOCCO, an Individual, | Case No. 2:21-cv-00261-JCM-NJK |
| Plaintiff, | ORDER GRANTING |
| vs. | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING** |
| ST. MORITZ SECURITY SERVICES, INC., a Foreign Corporation, | |
| Defendant. | [FIRST REQUEST] |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff GEORGE PACIOCCO ("Plaintiff") and Defendant ST. MORITZ SECURITY SERVICES, INC. ("Defendant") by and through its undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of March 12, 2021, up to and including **April 2, 2021**.

Such extension is necessary in light of the fact that Defendant's counsel was only recently retained. The additional time will allow defense counsel to continue to investigate the allegations in the Complaint and prepare a sufficient responsive pleading.

/ / /

/ / /

/ / /

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: March 4, 2021                         Dated: March 4, 2021

Respectfully submitted,                        Respectfully submitted,

/s/ Rex M. Martinez                              /s/ Steven J.T. Washington
JENNY L. FOLEY, PH.D., ESQ.                     ROGER L. GRANDGENETT II, ESQ.
REX M. MARTINEZ, ESQ.                           STEVEN J.T. WASHINGTON, ESQ.
HKM EMPLOYMENT ATTORNEYS LLP                    LITTLER MENDELSON, P.C.

*Attorneys for Plaintiff*                       *Attorneys for Defendant*
GEORGE PACIOCCO                                 ST. MORITZ SECURITY SERVICES, INC.

**IT IS SO ORDERED.**

Dated: ___March 4_____, 2021.

_____
UNITED STATES MAGISTRATE JUDGE