1  ROGER L. GRANDGENETT II, ESQ., NV Bar No. 6323
   STEVEN J.T. WASHINGTON, ESQ., NV Bar No.14298
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:    702.862.8800
   Fax No.:      702.862.8811
5  Email:        rgrandgenett@littler.com
                 swashington@littler.com
6
7  *Attorneys for Defendant*
   ST. MORITZ SECURITY SERVICES, INC.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE PACIOCCO, an Individual,<br><br>    Plaintiff,<br><br>vs.<br><br>ST. MORITZ SECURITY SERVICES, INC., a Foreign Corporation,<br><br>    Defendant. | Case No. 2:21-cv-00261-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff GEORGE PACIOCCO ("Plaintiff") and Defendant ST. MORITZ SECURITY SERVICES, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing this action in its entirety with prejudice.

The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: August 30, 2021

Respectfully submitted,

*/s/ Rex M. Martinez*
JENNY L. FOLEY, PH.D., ESQ.
REX M. MARTINEZ, ESQ.
HKM EMPLOYMENT ATTORNEYS LLP

*Attorneys for Plaintiff*
GEORGE PACIOCCO

Dated: August 30, 2021

Respectfully submitted,

*/s/ Steven J.T. Washington*
ROGER L. GRANDGENETT II, ESQ.
STEVEN J.T. WASHINGTON, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
ST. MORITZ SECURITY SERVICES, INC.

**IT IS SO ORDERED.**

Dated: September 7, 2021.

_____
UNITED STATES DISTRICT JUDGE

4845-3287-0644.1 / 041039-1052

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.